

The Weitz Law Firm, P.A. <weitzfirm@gmail.com>

## Re: Reyes v Victory Flavors
1 message

**Konstantinos Volakos** <volakosesq@volakoslaw.com>  Thu, May 4, 2023 at 3:07 PM
To: WeitzFirm@gmail.com
Cc: "B. Bradley Weitz Esq." <BBW@weitzfirm.com>

I represented them on lease and I reached you out of courtesy.  I am not representing them in this matter.  They state they did not receive FedEx.  I advised them to retain an attorney but unsure whether they will be able to do so on short notice.  Please advise judge they are intending to retain an attorney and please request short adjournment for same.

Konstantinos Volakos, Esq.
120 Bay Ridge Avenue
Brooklyn, NY 11220
T: 718-836-4800 F: 646-304-2854

Sent from my iPhone

> On May 4, 2023, at 2:39 PM, The Weitz Law Firm, P.A. <weitzfirm@gmail.com> wrote:
>
>
> Plaintiff has a status letter due tomorrow regarding Victory's Flavor.  The DOS can be slow, but we delivered a package to Victory's Flavor by Fedex, including a copy of the Summons and Complaint.
> If you could file a notice of appearance, that would allow the Court to understand Tenant's status.
>
> Regards,
>
> Daisy Hall, Paralegal
> Assistant to B. Bradley Weitz, Esq.
> The Weitz Law Firm, P.A.
> Bank of America Building
> 18305 Biscayne Blvd., Suite 214
> Aventura, Florida 33160
> www.WeitzFirm.com
> Tel. - (305) 949-7777
> Fax - (305) 704-3877
>
> Confidentiality Notice: This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. The contents of this message, and any attachments thereto, are to be kept strictly confidential. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately at www.WeitzFirm.com and delete all copies of the message.
>
> On Thu, May 4, 2023 at 2:32 PM Konstantinos Volakos <volakosesq@volakoslaw.com> wrote:
>> I am calling on behalf of tenant.  Landlord called saying there is a lawsuit.  Victory flavors has not been served.  If served by Secretary of State,  they have been delayed on remitting the complaints recently.  I am out of office until tomm.  May we discuss the matter tomm.
>> Konstantinos Volakos, Esq.
>> 120 Bay Ridge Avenue
>> Brooklyn, NY 11220
>> T: 718-836-4800 F: 646-304-2854
>>
>> Sent from my iPhone