**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____

MARIO J. REYES,                                    CASE NO: 1:22-cv-07127-VSB

     Plaintiff,

vs.

VICTORY'S FLAVOR CORP., a New York
corporation, d/b/a VILLAGE CREPERIE,
and 145 AVENUE A REALTY LLC, a New
York limited liability company,

     Defendants.

_____/

## NOTICE OF SETTLEMENT

    COMES NOW Plaintiff, MARIO J. REYES, and Defendants, VICTORY'S FLAVOR

CORP., a New York corporation, d/b/a VILLAGE CREPERIE, and 145 AVENUE A REALTY

LLC, a New York limited liability company, by and through their respective undersigned

counsel, and hereby notify this Honorable Court that settlement has been reached in the above

styled case, which shall result in the dismissal of all parties and the entire case.. The settlement

agreement has been drafted, and the parties shall file a Stipulation of Dismissal With Prejudice

thereafter.   The parties respectfully request a sixty (60) day Order of Dismissal to be issued in

this matter.

    Dated: This 3rd day of October, 2023.

By: /S/ Robert J. Mirel_____          By:  /S/ Thomas Austin Brown_____
   Robert J. Mirel, Esq.                          Thomas Austin Brown. Esq.
   The Weitz Law Firm, P.A.                       The Austin Brown Law Firm
   Bank of America Building                       588 Bergen Street
   18305 Biscayne Blvd., Suite 214                Brooklyn, NY 11238
   Aventura, Florida 33160                        Telephone: (917) 716-6537
   Telephone: (305) 949-7777                      Email: austin@austinbrownlaw.com
   Facsimile:  (305) 704-387**7**                 _Attorney for Victory's Flavor Corp_
   Email: rjm@weitzfirm.com
   _Attorneys for Plaintiff_

By: /S/ Jesse Sussmane
    Jesse Sussmane, Esq.
    McCue Sussmane Zapfel & Cohen P.C.
    420 Lexington Avenue, Suite 2250
    New York, New York 10170
    Telephone: (212) 931 5500
    Facsimile:  (212) 931 5501
    *Attorneys for 145 Avenue A Realty LLC*