# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

Robert J. Mirel, Esq.
Member NY& NJ Bars, AR Federal Bar
Email: rjm@weitzfirm.com

December 1, 2023

**VIA CM/ECF**
Honorable Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

    Re: Reyes v. Victory's Flavor Corp., et al.
      Case 1:22-cv-07127-AS

Dear Judge Subramanian:

  The undersigned represents the Plaintiff in the above-captioned case matter.

  On October 5, 2023, an Order of Dismissal was signed by your Honor [D.E. 37] providing Plaintiff's counsel sixty (60) days within not to dismiss this matter, should the settlement not be consummated.

  As of this date, the settlement is not yet fully consummated. Therefore, the undersigned respectfully requests that the Court grant a thirty (30) day extension, until January 3, 2024, to finalize settlement in this matter.

  The Court is advised that this is the Plaintiff's first request to extend the dismissal deadline in this case. Thank you for your attention to this matter.

Yours very truly,

THE WEITZ LAW FIRM, P.A.

By: _/s/ Robert J. Mirel_____
   Robert J. Mirel, Esq.

---

The request is GRANTED in part. As noted in the order of dismissal at docket 37, "requests to extend the deadline to reopen are unlikely to be granted." The parties have not given any reason why the Court should make an exception. However, the Court will extend the deadline to this Friday, December 8, 2023, at 5:00 pm, with no further extensions. The Clerk of Court is directed to close ECF 39.
SO ORDERED.

_/s/ Arun Subramanian_

Arun Subramanian,
December 4, 2023